IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL MORRISON,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | NO. 2:17-cv-07865-JTM-JVM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Paul Morrison and Defendant The Prudential Insurance Company of America, by and through their counsel, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, with each party to bear its own attorney's fees, costs and expenses.

45851469v.1

DATED: May 1, 2018                                         Respectfully submitted,


                                                        By: */s/ Christopher M. Busey*


Christopher M. Busey (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Dr.
Suite 8000
Chicago, IL 60606-6448
312-460-5000
Email: cbusey@seyfarth.com

Patricia S. Leblanc
LEBLANC BUTLER LLC
3421 N. Causeway Boulevard, Suite 301
Metairie, LA  70002
Telephone:     (504) 828-1010
Facsimile:     (504) 828-1079


Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA



By: */s/ Reagan Toledano*


Reagan Toledano
James Willeford
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 4208
New Orleans, LA  70170
Telephone:     (504) 852-1286

Attorneys for Plaintiff
PAUL MORRISON

2

45851469v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record through the court's electronic case filing system on this 1st day of May, 2018:

>Reagan L. Toledano (La. 29687)(T.A.)
>James F. Willeford (La. 13485)
>WILLEFORD & TOLEDANO
>201 St. Charles Ave., Ste. 4208
>New Orleans, La. 70170
>Telephone: (504) 582-1292
>Facsimile: (313) 692-5927

*/s/ Christopher M. Busey*

45851469v.1